# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 06-cv-01145-LTB

COALITION FOR EQUAL RIGHTS, INC., a Colorado corporation; and
SHARI WARREN, d/b/a SPIRIT KEEPER,

      Plaintiffs,

v.

BILL OWENS, Governor, State of Colorado;
JOHN SUTHERS, Colorado Attorney General;
RICK GRICE, Executive Director, Colorado Department of Labor and Employment;
JOE MORALES, Executive Director, Colorado Department of Public Safety;
DENNIS ELLIS, Executive Director, Colorado Department of Public Health and Environment;
MIKE COFFMAN, Colorado State Treasurer;
all in their official capacities; and
THE STATE OF COLORADO,

      Defendants.

_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Plaintiffs' Unopposed Motion to Join Additional Defendants (Doc 9 - filed June 21, 2006) is **GRANTED**.

Dated: June 21, 2006
_____