**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Action No. 06-cv-01145 - LTB- PAC

COALITION FOR EQUAL RIGHTS, INC.,
a Colorado Corporation; and
SHARI WARREN, d/b/a SPIRIT KEEPER,

    Plaintiffs,

v.

BILL OWENS, GOVERNOR, State of Colorado;
JOHN SUTHERS, Colorado Attorney General;
RICK GRICE, Executive Director, Colorado
Department of Labor and Employment;
JOE MORALES, Executive Director, Colorado
Department of Public Safety;
DENNIS ELLIS, Executive Director, Colorado
Department of Public Health and Environment;
MIKE COFFMAN, Colorado State Treasurer;
All in their official capacities, and
SCOTT WILLIAM STOREY, in his official
Capacity as District Attorney, First Judicial
District;
MICHAEL RICHARD MORRISSEY, in his
Official capacity as District Attorney, Second
Judicial District;
LEE ALLEN HAWKE, in his official capacity as
District Attorney, Third Judicial District;
JOHN R. NEWSOME, in his official capacity as
District Attorney, Fourth Judicial District;
MARK D. HURLBERT, in his official capacity as
District Attorney, Fifth Judicial District;
CRAIG STEPHEN WESTBERG, in his official
Capacity as District Attorney, Sixth Judicial District;
GEOFFREY R. NIMS, in his official capacity as
District Attorney, Seventh Judicial District;
LARRY R. ABRAHAMSON, in his official
Capacity as District Attorney, Eighth Judicial District;
COLLEN. D. TRUDEN, in her official capacity
As District Attorney, Ninth Judicial District;
WILLIAM THIEBAUT JR., in his official
Capacity as District Attorney, Tenth Judicial District;

MOLLY K. CHILSON, in her official capacity as
District Attorney, Eleventh Judicial District;
PETER L. COMAR, in his official capacity as
District Attorney, Twelfth Judicial District;
ROBERT E. WATSON, in his official capacity as
District Attorney, Thirteenth Judicial District.
BONNIE S. ROESINK, in her official capacity as
District Attorney, Fourteenth Judicial District;
MICHAEL JOHN DAVIDSON, in his official
Capacity as District Attorney, Fifteenth Judicial District;
RODNEY DANN FOURACRE, in his official
Capacity as District Attorney, Sixteenth Judicial District;
DONALD SPENCE QUICK, in his official
Capacity as District Attorney, Seventeenth Judicial
District;
CAROL A. CHAMBERS, in her official capacity as
District Attorney, Eighteenth Judicial District;
KENNETH R. BUCK, in his official capacity as
District Attorney, Nineteenth Judicial District;
MARY T. LACY, in her official capacity as District
Attorney, Twentieth Judicial District;
PETER G. HAUTZINGER, in his official capacity as
District Attorney, Twenty-First Judicial District;
JAMES W. WILSON, in his official capacity as
District Attorney, Twenty-Second Judicial
District; and
THE STATE OF COLORADO,

Defendants.
_____

Order
_____

Plaintiffs have filed a complaint for injunctive and declaratory relief. Pursuant to Fed. R. Civ. P. 65(a)(2), I consolidate the preliminary injunction hearing with the trial on the merits.

**DONE and ORDERED,** this ___23rd___ day of June, 2006 at Denver, Colorado.

                                             ___s/Lewis T. Babcock___
                                             United States District Chief Judge