**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Action No. 06-cv-01145 - LTB- PAC

COALITION FOR EQUAL RIGHTS, INC., a Colorado Corporation; and
SHARI WARREN, d/b/a SPIRIT KEEPER,

    Plaintiffs,

v.

BILL OWENS, GOVERNOR, State of Colorado;
JOHN SUTHERS, Colorado Attorney General;
RICK GRICE, Executive Director, Colorado Department of Labor and Employment;
JOE MORALES, Executive Director, Colorado Department of Public Safety;
DENNIS ELLIS, Executive Director, Colorado Department of Public Health and Environment;
MIKE COFFMAN, Colorado State Treasurer;
All in their official capacities; and
SCOTT WILLIAM STOREY, in his official capacity as District Attorney, First Judicial District;
MICHAEL RICHARD MORRISSEY, in his official capacity as District Attorney, Second Judicial District;
LEE ALLEN HAWKE, in his official capacity as District Attorney, Third Judicial District;
JOHN R. NEWSOME, in his official capacity as District Attorney, Fourth Judicial District;
MARK D. HURLBERT, in his official capacity as District Attorney, Fifth Judicial District;
CRAIG STEPHEN WESTBERG, in his official capacity as District Attorney, Sixth Judicial District;
GEOFFREY R. NIMS, in his official capacity as District Attorney, Seventh Judicial District;
LARRY R. ABRAHAMSON, in his official capacity as District Attorney, Eighth Judicial District;
COLLEN. D. TRUDEN, in her official capacity as District Attorney, Ninth Judicial District;
WILLIAM THIEBAUT JR., in his official capacity as District Attorney, Tenth Judicial District;
MOLLY K. CHILSON, in her official capacity as District Attorney, Eleventh Judicial District;
PETER L. COMAR, in his official capacity as District Attorney, Twelfth Judicial District;
ROBERT E. WATSON, in his official capacity as District Attorney, Thirteenth Judicial District.
BONNIE S. ROESINK, in her official capacity as District Attorney, Fourteenth Judicial District;
MICHAEL JOHN DAVIDSON, in his official capacity as District Attorney, Fifteenth Judicial District;
RODNEY DANN FOURACRE, in his official capacity as District Attorney, Sixteenth Judicial District;

DONALD SPENCE QUICK, in his official capacity as District Attorney, Seventeenth Judicial
District;
CAROL A. CHAMBERS, in her official capacity as District Attorney, Eighteenth Judicial
District;
KENNETH R. BUCK, in his official capacity as District Attorney, Nineteenth Judicial
District;
MARY T. LACY, in her official capacity as District Attorney, Twentieth Judicial District;
PETER G. HAUTZINGER, in his official capacity as District Attorney, Twenty-First Judicial
District;
JAMES W. WILSON, in his official capacity as District Attorney, Twenty-Second Judicial
District; and
THE STATE OF COLORADO,

       Defendants.
_____

## ORDER
_____

Upon Plaintiffs' Motion for Clarification filed July 28, 2006 (Doc 27), it is

ORDERED that Plaintiffs' and Defendants' filing deadlines relating to summary judgment are as follows:

| | |
|---|---|
| Motions for Summary Judgment | August 25, 2006 |
| Response Briefs | September 15, 2006 |
| Reply Briefs | September 25, 2006 |

       BY THE COURT:

          s/Lewis T. Babcock
       Lewis T. Babcock, Chief Judge

DATED: July 31, 2006