IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 06-cv-01145-LTB

COALITION FOR EQUAL RIGHTS, INC., a Colorado corporation; and
SHARI WARREN, d/b/a SPIRIT KEEPER,

    Plaintiffs,

v.

BILL OWENS, Governor, State of Colorado;
JOHN SUTHERS, Colorado Attorney General;
RICK GRICE, Executive Director, Colorado Department of Labor and Employment;
JOE MORALES, Executive Director, Colorado Department of Public Safety;
DENNIS ELLIS, Executive Director, Colorado Department of Public Health and Environment;
MIKE COFFMAN, Colorado State Treasurer;
all in their official capacities; and
THE STATE OF COLORADO,

    Defendants.
_____

## MINUTE ORDER
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Plaintiffs' Unopposed Motion to File Corrected Briefs (Doc 66 - filed September 27, 2006) is **GRANTED**. The tendered corrected briefs are accepted for filing.

Dated: September 29, 2006
_____